# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Lonzell Cross

Debtor(s)

Case No.: 09 B 16440

Chapter: 13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Lonzell Cross, Debtor(s), 727 Blackhawk Drive, University Park, IL 60466
Thomas Hitchcock, Attorney for Debtor(s), 120 South State Street, Suite 803, Chicago, IL 60603

    You are hereby notified that WELLS FARGO BANK, N.A. has made post-petition advances of $0.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

    You are hereby notified that debtor(s) is(are) due to WELLS FARGO BANK, N.A. for the contractual mortgage payment due 02/01/2011. As of the 02/17/2011 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 02/01/2011through current post-petition mortgage payments. The current mortgage payment amount due each month is $868.92. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/25/2011, WELLS FARGO BANK, N.A.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 23, 2011.

    /s/ Cari A. Kauffman
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527
 (630) 794-5300
**C&A FILE ( 14-09-13930)**

NOTE: This law firm is deemed to be a debt collector.